UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PENN-STAR INSURANCE COMPANY, | ) ) ) | CASE NO. 5:14cv964 |
| PLAINTIFF, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) ) | ORDER |
| TREMONT PUB, et al., | ) ) | |
| DEFENDANTS. | ) | |

Upon the representation of plaintiff's counsel that an action underlying the instant case has settled, resulting in the full and complete resolution of this action (*see* Doc. No. 20), this case hereby is dismissed without prejudice. A final Agreed Entry, approved by counsel for all parties, shall be filed with the Court on or before January 23, 2015.

Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order. The Court retains jurisdiction to resolve disputes concerning the memorialization of the settlement agreement in this matter. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994). This case hereby is closed.

**IT IS SO ORDERED**.

Dated: December 22, 2014

                                          **HONORABLE SARA LIOI**
                                          **UNITED STATES DISTRICT JUDGE**